HARRY J. GOULD, Respondent, *v.* LENOX. CORPORATION, Appellant.

*Gould* v. *Lenox Corporation*, 37 App. Div. 253, affirmed.
(Argued April 2, 1901; decided April 23, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

February 9, 1899, which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial and granted a new trial.

*Edward C. Mason* for appellant.

*Nelson M. Redfield* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.